UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------- x
ROBERT BARTLETT, *et al.*,      :
                                :  No. 22-mc-00130 (APM)
       Plaintiffs,              :
                                :
   -against-                  :
                                :
TAG HOLDINGS LLC,               :
                                :
       Defendant.              :
------------------------------------------------------------------- x

**ORDER GRANTING MOTION FOR ENTRY OF ORDER
COMPELLING PRODUCTION OF DOCUMENTS**

Upon consideration of Plaintiffs' Motion for Entry of Order to Compel Production of Documents (the "Motion"), it is hereby:

**ORDERED** that, with TAG Holdings LLC having been duly served yet having failed to appear and to respond to Plaintiffs' Motion, Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that TAG is compelled to produce all documents in its possession, custody or control requested by the subpoena issued by the District Court for the Eastern District of New York and served on TAG on July 27, 2022, within five days of TAG's receipt of the Court's Order.  Plaintiffs shall ensure service of this Order upon Tag by electronic mail and certified mail.

                                                                                             _____
                                                                                             United States District Judge

Date: