UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ROBERT BARTLETT, *et al.*, | : |
| | : |
| Plaintiffs, | : No. 22-mc-00130 (APM) |
| | : |
| -against- | : |
| | : |
| TAG HOLDINGS LLC, | : |
| | : |
| Defendant. | : |

---

**ORDER GRANTING MOTION FOR CONTEMPT
FOR TAG HOLDINGS LLC'S FAILURE TO COMPLY WITH THIS
COURT'S FEBRUARY 10, 2023, ORDER**

Upon consideration of Plaintiffs' Motion for Contempt for TAG Holdings LLC's Failure to Comply with This Court's February 10, 2023, Order (the "Motion"), it is hereby:

**ORDERED** that Plaintiffs' Motion, which more than 14 days after filing remains unopposed, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall ensure service on this Order upon TAG Holdings LLC; and it is further

**ORDERED** that within five days of effecting service on TAG Holdings LLC of this Order, TAG is compelled to produce all documents in its possession, custody or control requested by the subpoena issued by the District Court for the Eastern District of New York and served on TAG on July 27, 2022; and it is further

**ORDERED** that TAG Holdings LLC is ordered to pay to Plaintiffs $1,000 per day for each day TAG Holdings LLC does not produce those documents.

2

_____
Amit P. Mehta
United States District Judge

Date: