UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------- x

ROBERT BARTLETT, *et al.*,

        Plaintiffs,

  -against-

TAG HOLDINGS LLC,

        Defendant.

------------------------------------------------------------------- x

No. 22-mc-00130 (APM)

## ORDER AND INTERIM JUDGMENT

Upon consideration of Plaintiffs' Motion for Interim Judgment of Accrued Sanctions (the "Motion"), it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs recover from TAG Holdings LLC the amount of $30,000.00 for amounts accrued from April 16, 2023, through and including May 15, 2023; and it is further

**ORDERED** that the Court's Order Granting Motion for Entry of Order Compelling Production of Documents, ECF No. 6 (the "Order Granting Motion to Compel"), remains in full force and effect; and it is further

**ORDERED** that the Court's Order Granting Motion for Contempt for TAG Holdings LLC's Failure to Comply with this Court's February 10, 2023, Order, ECF No. 8, remains in full force and effect, and the fines imposed therein will continue to accrue until TAG Holdings LLC fully complies with the Order Granting Motion to Compel.

Plaintiffs shall serve this Order upon TAG Holdings, LLC.

Date:

                                                  Amit P. Mehta
                                                  United States District Judge