UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BARTLETT, *et al*.,<br>　　　　　Plaintiffs,<br><br>-against-<br><br>TAG HOLDINGS LLC,<br>　　　　　Defendant. | No. 22-mc-00130 (APM) |

### Motion for Admission of Attorney *Pro Hac Vice*

Pursuant to Civil Local Rule 83.2(c), Defendant respectfully moves for admission and appearance of attorney Michael J. Sullivan *pro hac vice* in the above captioned matter. This motion is supported by the Declaration of Michael J. Sullivan, filed herewith. As provided in Mr. Sullivan's declaration, he is admitted and an active member in good standing in the following Courts and Bars: the Massachusetts State Bar, United States District Court for the District of Massachusetts, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Fifth Circuit, United States Tax Court, and the Supreme Court of the United States of America.

This motion is supported and signed by Matthew D. Hardin, an active and sponsoring member of the bar of this Court.

Dated: August 23, 2023                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Matthew D. Hardin

　　　　　　　　　　　　　　　　　　　　Matthew D. Hardin, D.C. Bar No. 1032711
　　　　　　　　　　　　　　　　　　　　Hardin Law Office
　　　　　　　　　　　　　　　　　　　　1725 I Street NW, Suite 300
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Phone: (202) 802-1948
　　　　　　　　　　　　　　　　　　　　MatthewDHardin@gmail.com