UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BARTLETT, *et al.*,
        Plaintiffs,

-against-

TAG HOLDINGS LLC,
        Defendant.

No. 22-mc-00130 (APM)

## DECLARATION OF MICHAEL J. SULLIVAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael J. Sullivan, hereby declare:

1. My name, firm location, and telephone number are as follows:

    Michael J. Sullivan
    Ashcroft Law Firm, LLC
    200 State Street, 7th Floor
    Boston, MA 02109
    617-573-9400

2. I am admitted and in good standing in the following Courts and bars:

    - Massachusetts, admitted December 20, 1983; Mass Board of Bar Overseers Number: 487210
    - U.S. District Court for the Massachusetts, admitted July 24, 1984; n/a
    - U.S. Court of Appeals for the Second Circuit, admitted July 29, 2016; n/a
    - U.S. Court of Appeals for the First Circuit, admitted November 7, 1990; Bar Number: 8892
    - U.S. Court of Appeals for the Ninth Circuit, admitted August 20, 2019; n/a
    - U.S. Court of Appeals for the Fifth Circuit, admitted September 28, 2021; n/a
    - United States Tax Court, admitted March 7, 2018; Bar Number: SM1259
    - Supreme Court of the United States of America, admitted April 3, 2017; Bar Number: 301402

3. I have not been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.
4. No proceedings which could lead to disciplinary action have been instituted against me.

5. I have not been admitted *Pro Hac Vice* into this court within the last two years.

6. I am not a member of the District of Columbia Bar or have an application for membership pending.

7. Our Firm holds temporary office space in the District of Columbia for Client convenience, but I do not engage in the practice of law from any office located in the District of Columbia.

    I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts, this 23rd day of August, 2023.

Dated: August 23, 2023            Respectfully submitted,

*[signature]*

Michael J. Sullivan
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
617-573-9400
msullivan@ashcroftlawfirm.com