AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Bartlett, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-mc-00130(APM) |
| TAG Holdings LLC, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, TAG Holdings LLC.

Date: 08/25/2023

/s/Michael J. Sullivan
*Attorney's signature*

Michael J. Sullivan, MA487210 (pro hac vice)
*Printed name and bar number*
Ashcroft Law Firm, LLC
200 States Street, 7th Floor
Boston, MA 02109

*Address*

msullivan@ashcroftlawfirm.com
*E-mail address*

(617) 573-9400
*Telephone number*

(617) 933-7607
*FAX number*