UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TAG HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No. 22-mc-00130 (APM) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR THIRD INTERIM JUDGMENT**

　　　　Defendant, TAG Holdings, LLC ("Holdings"), by and through the undersigned counsel, hereby moves this Honorable Court, for a 14-day extension of time to respond to Plaintiffs' Motion for Third Interim Judgment ("Response"), which is currently due by August 31, 2023. In support of its Motion, Holdings states as follows:

　　　　1.　　Plaintiffs filed a Motion for Third Interim Judgment ("MIJ") on August 17, 2023, ECF No. 15.  The MIJ requests entry of an interim judgment against Holdings in the amount of $42,000.00, reflecting the sanctions that have accrued in this matter since entry of this Court's February 10, 2023, Order, ECF No. 8.

　　　　2.　　Holdings' response to the MIJ is due by August 31, 2023.

　　　　3.　　On August 21, 2023, Holdings retained the undersigned counsel.

　　　　4.　　On August 21, 2023, the undersigned counsel contacted counsel for Plaintiffs to advise them that he would be filing an appearance on behalf of Holdings.

1

5. On August 24, 2023, the undersigned counsel reached out to counsel for Plaintiffs via email to schedule a meet and confer and informed Plaintiffs' counsel he intended to file a Response but required additional time due to his recent engagement.

6. On August 25, 2023, counsel for Plaintiffs informed the undersigned they did not oppose this Motion.

7. The Court has not yet ruled on the MIJ and oral argument has not been scheduled.

8. Holdings requests a 14-day extension to file its Response so that the undersigned has sufficient time to familiarize himself with the facts of this case, analyze the underlying claims, determine the validity of the underlying third-party subpoena, and confirm whether Holdings possesses any documents responsive to the same.

9. The aforementioned circumstances constitute good cause under Federal Rule of Civil Procedure 6(b) and warrant the allowance of this Motion.

WHEREFORE, for the foregoing reasons, Defendant, TAG Holdings, LLC, respectfully requests this Court extend the time to file its response to Plaintiffs' Motion for Third Interim Judgment by 14 days, or until September 14, 2023.

Dated: August 25, 2023

Respectfully submitted,

TAG HOLDINGS, LLC

By its attorney,

/s/ Michael J. Sullivan
Michael J. Sullivan (MA BBO# 487210)
(*pro hac vice*)
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
Tel: (617) 573-9400
Fax: (617) 933-7607
msullivan@ashcroftlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 25, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

                                                        */s/ Michael J. Sullivan*
                                                        Michael J. Sullivan