UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TAG HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No. 22-mc-00130 (APM) |

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR THIRD INTERIM JUDGMENT**

　　　Upon consideration of Defendant, TAG Holding, LLC's Motion for Extension of Time to File Response to Plaintiffs' Motion for Third Interim Judgment, ECF No. 18 (the "Motion"), it is hereby:

　　　**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

　　　**ORDERED** that Defendant is to file its response to Plaintiffs' Motion for Third Interim Judgment within 14 days of the current response date, or until September 14, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Date: